IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of: | In proceedings under<br>Chapter 13.00 |
| LOLITA DOZIER aka DOZIER-CASTON | Case No. 08-04924 |
| | Judge JACQUELINE P. COX |
| Debtor(s) | |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES Citimortgage, Inc., a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and in Response to the Trustee's *Notice of Payment of Final Mortgage Cure*, states as follows:

1. Respondent objects to treating the mortgage at issue as reinstated and fully current as the debtor has not made timely post-petition mortgage payments.

2. That as of the approximate date of the Notice the Debtor was post-petition due for July 2010 in the amount of $47,981.71 with $1,252.25 then held in suspense as insufficient to apply. (Copy of payment history dated January 24, 2012 is attached hereto as Ex. A.).

Law Offices of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.
Counsel for Citimortgage, Inc.

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel - ARDC #06185808
Timothy R. Yueill - ARDC #6192172
Greg Elsnic - ARDC #6242847
Lauren Lukoff - ARDC #6297069
Marny Joy Abbott - ARDC #6238958
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
PO